UNITED STATES DISTRICT COURT — MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

DATE: 6/26/2008          CASE NUMBER: 08-15911M-SD

USA vs. Benito Contreras-Mesa

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   #: 70BK

A.U.S. Attorney  None Present           INTERPRETER  Ricardo Gonzalez
                                        LANGUAGE  Spanish
Attorney for Defendant  Lorna Spencer (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  6/25/08          ☒ Initial Appearance          ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ Defendant Sworn          ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐ Defendant states true name to be ___. Further proceedings ORDERED
                             in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:
Before:
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**IDENTITY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:  7/10/08 at 1:30 pm
Before:  Magistrate Judge Lewis
☐ Probable cause found   ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: _____
☐ Held  ☐ Con't  ☐ Reset
Set for:
Before:

Other: First appearance is set for 7/3/08 at 1:30 pm before Magistrate Judge Peter C. Lewis in El Centro, California.

Recorded by Courtsmart (3 min)
BY:  Angela J. Tuohy
Deputy Clerk